UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

LIU JO S.P.A.,

      Plaintiff,

      v.                    1:21-cv-06543-LLS

KENDALL JENNER, KENDALL JENNER,
INC., ELITE WORLD GROUP, LLC, and    **NOTICE OF APPEARANCE**
THE SOCIETY MODEL MANAGEMENT,
INC.,

      Defendants.

------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Alex Spiro of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, NY 10010, hereby appears on behalf of Defendants Kendall Jenner, Kendall Jenner, Inc., Elite World Group, LLC, and The Society Model Management, Inc.

    I certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, NY                Respectfully Submitted,
           September 14, 2021

                                                          _____
                                                           Alex Spiro
                                                           Quinn Emanuel Urquhart & Sullivan, LLP
                                                            51 Madison Avenue, 22nd Floor
                                                           New York, NY 10010
                                                           Tel: 212-849-7000
                                                           Fax: 212-849-7100
                                                           alexspiro@quinnemanuel.com

                                                           *Counsel for all Defendants*