UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIU JO S.P.A., <br><br>  Plaintiff, <br><br> -against- <br><br> KENDALL JENNER, KENDALL JENNER, INC., ELITE WORLD GROUP, LLC, and THE SOCIETY MODEL MANAGEMENT, INC., <br><br>  Defendants. | Case No.: 21-6543 <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Elite World Group, LLC and The Society Model Management, Inc.'s Motion to Dismiss, the undersigned will move this Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be determined by the Court, for an order dismissing the Plaintiffs' Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: New York, New York
    September 17, 2021

                    Respectfully submitted,

                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                    By:
                        /s/ Alex Spiro
                        Alex Spiro
                        Maaren A. Shah
                        51 Madison Avenue, 22nd Floor
                        New York, NY 10010

                                        Tel.: (212) 849-7000
                                        Fax: (212) 849-7100
                                        alexspiro@quinnemanuel.com
                                        maarenshah@quinnemanuel.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIU JO S.P.A.,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>KENDALL JENNER, KENDALL JENNER, INC., ELITE WORLD GROUP, LLC, and THE SOCIETY MODEL MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | Case No.: 21-6543<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon consideration of the parties' respective papers and arguments, Defendants Elite World Group, LLC and The Society Model Management, Inc.'s Motion to Dismiss Plaintiffs' Complaint is hereby **GRANTED** in its entirety. Therefore, this action is **DISMISSED**, with prejudice.

**SO ORDERED**.

Dated: This ____ day of
　　_____, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　United States District Judge