**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LIU JO S.P.A.,

                      Plaintiff,

           -against-

KENDALL JENNER, KENDALL JENNER,
INC., ELITE WORLD GROUP, LLC, and
THE SOCIETY MODEL MANAGEMENT,
INC.,

                  Defendants.

Case No.: 21-6543

<u>NOTICE OF MOTION TO DISMISS</u>

**ORAL ARGUMENT REQUESTED**

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Elite World Group, LLC and The Society Model Management, Inc.'s Motion to Dismiss, the undersigned will move this Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be determined by the Court, for an order dismissing the Plaintiffs' Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: New York, New York
      September 17, 2021

                          Respectfully submitted,

                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                          By:
                              <u>/s/ Alex Spiro</u>
                              Alex Spiro
                              Maaren A. Shah
                              51 Madison Avenue, 22nd Floor
                              New York, NY 10010

Tel.: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIU JO S.P.A., | |
| Plaintiff, | |
| -against- | Case No.: 21-6543 |
| KENDALL JENNER, KENDALL JENNER, INC., ELITE WORLD GROUP, LLC, and THE SOCIETY MODEL MANAGEMENT, INC., | **[PROPOSED] ORDER** |
| Defendants. | |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon consideration of the parties' respective papers and arguments, Defendants Elite World Group, LLC and The Society Model Management, Inc.'s Motion to Dismiss Plaintiffs' Complaint is hereby **GRANTED** in its entirety. Therefore, this action is **DISMISSED**, with prejudice.

**SO ORDERED**.

Dated: This _____ day of
_____, 2021

_____
Louis L. Stanton
United States District Judge